EDWARD MANUSZEWSKI and LEO MANUSZEWSKI, Respondents, v. CHANCY KEELE, Appellant.— Judgment affirmed, with costs. Memorandum: Upon the facts as found by the referee, the judgment restraining the defendant from competing with the plaintiffs was rightly granted. (*American Ice Co.* v. *Meckel*,

109 App. Div. 93; *Von Bremen* v. *MacMonnies*, 200 N. Y. 41.) The referee adopted the correct rule for the admeasurement of damages. (*Present* v. *Glaser*, 225 App. Div. 23.) All concur. (The judgment enjoins defendant from operating a gasoline station in competition with a station sold to plaintiffs by defendant.) Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.